IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dyson, Christine | Case Number: 05 B 33174 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/8/08 | Filed: 8/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 17, 2008
Confirmed: October 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,784.24 | |
| Secured: | | 4,676.92 |
| Unsecured: | | 6,453.22 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 766.46 |
| Other Funds: | | 1,187.64 |
| Totals: | 15,784.24 | 15,784.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Future Finance | Secured | 4,676.92 | 4,676.92 |
| 3. | ECast Settlement Corp | Unsecured | 659.93 | 659.93 |
| 4. | Peoples Energy Corp | Unsecured | 697.14 | 0.00 |
| 5. | Surety Finance | Unsecured | 142.40 | 142.40 |
| 6. | T Mobile USA | Unsecured | 985.29 | 985.29 |
| 7. | AT&T Wireless | Unsecured | 944.74 | 944.74 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 3,118.74 | 3,118.74 |
| 9. | Illinois Bell Telephone | Unsecured | 602.12 | 602.12 |
| 10. | Computer Collection Service Corporation | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Consumer Portfolio Services | Unsecured | | No Claim Filed |
| 13. | Dyson, Carl | Unsecured | | No Claim Filed |
| 14. | Royal, David | Unsecured | | No Claim Filed |
| 15. | Dr G Reza Nazarian | Unsecured | | No Claim Filed |
| 16. | LaSalle National Bank | Unsecured | | No Claim Filed |
| 17. | World Vision | Unsecured | | No Claim Filed |
| 18. | Dyson, Carl | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,527.28 | $ 13,830.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 281.76 |
| 5% | 88.84 |
| 4.8% | 158.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dyson, Christine | Case Number: 05 B 33174 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/8/08 | Filed: 8/22/05 |

                                 5.4%                   237.46
                                                          ----------
                                                          $ 766.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

